UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **DENASHA OLIVER and JACKI LIVINGSTON,** individually, and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>**CENTENE CORPORATION**, a Delaware Corporation, and **CENTENE MANAGEMENT COMPANY, LLC**, a limited liability company,<br><br>   Defendants. | Case No.: 4:21-cv-00199-RLW<br><br>Hon.: Ronnie L. White |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

Named Plaintiffs Denasha Oliver and Jacki Livingston on behalf of themselves and the other 436 opt-in Plaintiffs covered by this Fair Labor Standards Act ("FLSA") collective lawsuit (hereinafter "Plaintiffs"), and Defendants, Centene Corporation and Centene Management Company, LLC (hereinafter "Defendants"), have reached a settlement as set forth in the Settlement Agreement (hereinafter the "Agreement") for the total amount of $327,500.

Because FLSA settlements must be judicially approved for fairness, *see*, *e.g.*, *Meller v. Bank of the West*, 2018 WL 5305562, at *8 (S.D. Iowa Sept. 10, 2018) (citing *Boland v. Baue Funeral Home Co.*, 2015 WL 7300507, at *2 (E.D. Mo. Nov. 18, 2015)), Plaintiffs file this motion to respectfully ask the Court to approve the settlement. As explained in the accompanying memorandum of law, judicial approval is warranted because: (1) FLSA issues are actually in dispute; (2) the proposed settlement to those issues is fair and reasonable in light of relevant factors from Rule 23; and (3) the proposed attorneys' fees are reasonable. Moreover, the requested incentive awards, settlement administration costs, and litigation expenses, are all reasonable and should be approved as sought.

**WHEREFORE**, Plaintiffs respectfully ask the Court to grant this motion and sign and enter the accompanying proposed order approving the settlement (attached to the accompanying brief as Exhibit E).

Dated: February 22, 2023                    Respectfully Submitted,

s/ Kevin J. Stoops
Kevin J. Stoops (P64371) (*Pro Hac Vice*)
Alana Karbal (P82908) (*Pro Hac Vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
kstoops@sommerspc.com
akarbal@sommerspc.com

Gary Burger (32460)
BURGER LAW
500 N. Broadway, Suite 1860
St. Louis, MO 63102
(314) 542-2222
gary@burgerlaw.com

*Attorneys for Plaintiff Livingston and Opt-in Plaintiffs*

Charles R. Ash, IV (*Pro Hac Vice*)
ASH LAW, PLLC
402 W. Liberty St.
Ann Arbor, MI 48178
(734) 234-5583
cash@nationalwagelaw.com

*Attorney for Plaintiff Oliver*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Kevin J. Stoops
Kevin J. Stoops
SOMMERS SCHWARTZ, P.C.

3