# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DENASHA OLIVER and JACKI LIVINGSTON, individually, and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CENTENE CORPORATION and CENTENE MANAGEMENT COMPANY, LLC, <br><br> Defendants. | No. 4:21-CV-199 RLW |

## JUDGMENT

In light of the parties' Settlement Agreement, and in accordance with the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claims are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this case to enforce the terms of the Settlement Agreement, if necessary.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 25th day of April, 2023.